UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Grand Jury N-19-1

UNITED STATES OF AMERICA

v.

DOUGLAS SENERTH

CRIMINAL NO. 3:21CR 96 (RNC)

VIOLATION:
18 U.S.C. § 1343 (Wire Fraud)

INDICTMENT

The Grand Jury charges:

COUNTS ONE THROUGH THREE
(Wire Fraud)

Unless otherwise indicated, at all times relevant to this Indictment:

1. Defendant DOUGLAS SENERTH ("SENERTH"), was a resident of South Windsor, Connecticut.

2. SENERTH is the grandson of an individual with initials "B.S.," whose identity is known the Grand Jury.

The Scheme and Artifice to Defraud

3. From approximately 2011 to 2019, SENERTH, knowingly and with intent to defraud, devised and intended to devise a scheme and artifice to defraud B.S. and her husband (who passed away in December 2016) (together the "victims"), and to obtain money and property of the victims by means of false and fraudulent pretenses, representations, and promises, that is, SENERTH defrauded the victims of approximately $675,000 by (1) falsely claiming to be a college student to induce the victims to give SENERTH money to pay for nonexistent college tuition and other related expenses; and (2) falsely claiming that he would invest the victims' money into an investment fund run by a University of Oxford professor.

## Manner and Means

4.     It was part of the scheme and artifice to defraud that SENERTH took, among others, the following steps in the District of Connecticut and elsewhere:

5.     SENERTH, knowing that the victims were willing to fund his education, told them that he was a student at Assumption College ("Assumption") in Worcester, Massachusetts, from 2012 to 2019, and the University of Oxford ("Oxford") in Oxford, United Kingdom, from 2012 to 2017. In fact, SENERTH was never a student at Assumption or Oxford.

6.     Based on SENERTH's misrepresentations, the victims provided more than $415,000 to finance SENERTH's education and related educational pursuits and living expenses.

7.     SENERTH provided B.S. fraudulent documents to corroborate his lie that he was a college student. For example:

   a.     SENERTH provided B.S. with fraudulent Assumption transcripts showing that he was a current student in Assumption's honor program for political science.

   b.     In April 2015, SENERTH provided B.S. with a fraudulent letter purporting to be signed by Stephanie S. McCaffery, Associate Director of Campus Ministry. The letter stated that SENERTH was "a good standing student at Assumption College" for "a little over three years now" and that "he has made Deans List every single semester."

   c.     On or about May 17, 2018, a fraudulent Gmail account carolryan.assumption.ad@gmail.com was created to impersonate an administrator at Assumption. On or about February 7, 2019, SENERTH received an email from this Gmail account, claiming to be from Carol Ryan, Dean of Administration, and then forwarded that email from his personal account to B.S's email account. The email's subject was "Winter

Tax class" and stated, "Just got the good news that you have achieved an A in your Winter tax class."

   d.  On or about April 14, 2018, SENERTH created the fraudulent Gmail account, dr.jreedox.ad.uk.alumniservice@gmail.com (the "Reed Gmail account"), in the name of a fake persona "Dr. John Reed," who, SENERTH falsely told B.S. and others, ran the Oxford-connected "Oxonian" investment fund, which was also made up. SENERTH used this fraudulent Gmail account to write emails claiming to be from Dr. John Reed. For example, on February 7, 2019, SENERTH received a fraudulent email from the Reed Gmail account and then forwarded the email from his personal account to B.S.'s email account. The email's subject was "class update" and stated, "Heard the great news that you were able to get another A in your tax class."

8.  SENERTH also used the fake Dr. John Reed persona to fraudulently obtain at least $260,000 from the victims as part of an investment scam. SENERTH fraudulently claimed that: (1) Dr. John Reed managed the Oxonian investment fund; and (2) SENERTH could invest the victims' money in this fund while he attended Oxford.

   a.  For example, on or about November 30, 2013, SENERTH approached the victims with a fraudulent investment opportunity, claiming that SENERTH could invest their money in the Oxonian investment fund run by Dr. John Reed. SENERTH told them that the fund required an initial investment of $125,000 and promised a high rate of return.

   b.  From November 2013 until approximately February 2017, the victims periodically gave SENERTH varying amounts of money to invest in the fund. In total, the victims gave SENERTH approximately $260,000 to invest in the fund.

9. In or about early 2018, after SENERTH learned that B.S. and other family members were suspicious of SENERTH's statements regarding the investments, SENERTH told B.S. that Dr. John Reed was coming to the United States in June 2018 and would provide B.S. with financial statements relating to her investment. Soon after, B.S. began receiving emails originating from the Reed Gmail account, which SENERTH intended to corroborate his misrepresentations, hide his theft of B.S.'s money, and prevent B.S. from demanding the return of her investment and raising concerns to others, including authorities. For example:

   a. On April 14, 2018, B.S. received an email purportedly from Dr. John Reed forwarding an email sent to SENERTH stating, in part, "As you have heard by now i have been out for awhile with a spinal injury. . . I am in the process of putting some information together for [B.S.] about the investment. . . . Please feel free to contact me through email due to the back load best way to get a hold of me."

   b. On May 17, 2018, B.S. received an email purportedly from Dr. John Reed, stating in part, "Just like to start out by saying I am extremely sorry for it taking me so long to get back to you. I have an estimated total investment of 312,000 Euros. . . . the total investment in US dollars would stand at $368,389.32. The fund has been yielding a steady 11.75%."

   c. On July 24, 2018, B.S. received an email purportedly from Dr. John Reed, stating, in part, "In two weeks i will be coming to the states, and i have put together a break down of the investment for you."

   d. On August 11, 2018, B.S. received an email purportedly from Dr. John Reed, stating, in part, "i will drop the investment papers on Sunday for you probably wont be able to pick it up till wed. due to the fact no one is going to be at school."

e. On August 12, 2018, B.S. received an email purportedly from Dr. John Reed, stating, in part, "Doug can not get at the money no matter what he would need you or if you were to be unable to grab it with him then he has to have another trusty with him in a year to pick up the money that is they way he wanted it. As for meeting me i wish you told me earlier because i just dropped off the paper work to a friend of mine, so he can grab it at any time. . . . Currently i am at the airport trying to get out of the states lol. I would love to meet you guys i come back to the states in two weeks and i will be up that way . . . but i can not give you any information on the investment unless Douglas is present or he gives me the verbal ok."

10. On June 9, 2019, in response to a May 25, 2019 email B.S. sent to "Dr. John Reed" trying to confirm a June 1 meeting, B.S. received an email purportedly from Dr. John Reed, stating, in part, "sorry it took me so long to get back to you! . . . I have all your information along with your portfolio break down along with some money. The only problem is seems like I try to board a plane and it's been one night mare after another. . . . So I was wondering if any way Wednesday at 12 would work?"

Executions of the Scheme

11. On or about the dates listed below, in the District of Connecticut and elsewhere, defendant SENERTH, for the purpose of executing the scheme described above, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, signals, pictures, and sounds, each constituting a separate count of this Indictment, as follows:

| COUNT | APPROXIMATE DATE | DESCRIPTION OF WIRE |
|---|---|---|
| 1 | 4/14/2018 | Interstate email from the Reed Gmail account to B.S. |
| 2 | 5/17/2018 | Interstate email from the Reed Gmail account to B.S. |

5

| COUNT | APPROXIMATE DATE | DESCRIPTION OF WIRE |
|---|---|---|
| 3 | 8/12/2018 | Interstate email from the Reed Gmail account to B.S. |

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL

/s/
_____
FOREPERSON


UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
UNITED STATES ATTORNEY

_____
HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEY

6